UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-00146 |
| VERSUS | * | JUDGE ELIZABETH ERNY FOOTE |
| ALEXANDER DERRICK REECE et al | * | MAG. JUDGE PATRICK J. HANNA |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge [Record Document 641], addressing Defendant Richard Joseph Buswell's Motion to Suppress Statements Obtained During Questioning by Law Enforcement while the Defendant was Incarcerated [Record Document 250].[1] At the telephone status conference held on September 13, 2013, Defendant Stanford conceded to the Court that this motion is now moot and further waived his right to object to the report, as well as the time periods provided therefor. Accordingly, this report is now ripe for judgment by the Court. For the reasons stated in the Report and Recommendation and determining that the findings are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motion to Suppress [Record Document 250] be and is hereby **DENIED as moot.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ___ day of September, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE

---

[1] Although Defendant Buswell (07) has entered a guilty plea in this matter [Record Documents 618, 629], the substantive motion was adopted by Defendant Stanford [Record Documents 338, 346].