UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 12-00146-08 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DANIEL J. STANFORD | MAGISTRATE JUDGE HANNA |

### ORDER

After consideration of the Motion for Bail Pending Appeal filed by the defendant, Daniel Stanford, the Court hereby **DENIES** the motion. [Record Document 1081]. The Court finds that 18 U.S.C. § 3143(b)(2) requires the defendant's detention while his appeal is pending. Here, the defendant has filed his Notice of Appeal [Record Document 1077] and was found guilty and sentenced to imprisonment for an offense described in 18 U.S.C. § 3142(f)(1)(C).[1] Therefore, because he meets these statutory requirements, the defendant may not be released pending his appeal.

Likewise, the Court agrees with the Government that even if 18 U.S.C. § 3143(b)(1) did apply, the defendant should still be detained. The defendant argues that the Supreme Court's granting of certiorari in McFadden v. United States, No. 14-378, 2015 WL 213645 (U.S. Jan. 16, 2015), which will address whether the Government must prove that a defendant knew that the substance distributed was a controlled substance analogue, raises a substantial question of law likely to result in the reversal of his conviction. However, as part of the jury's verdict, the jury affirmatively answered

---

[1] The defendant was found guilty and sentenced to imprisonment for violating 21 U.S.C. § 846, Conspiracy to Distribute and Possess with the Intent to Distribute a Schedule I Controlled Dangerous Substance. See Record Document 1055.

that the defendant "knew that AM-2201 was a controlled substance analogue" during the relevant period of the conspiracy. [Record Document 859]. Thus, regardless of the Supreme Court's decision in McFadden, the defendant's conviction is not likely to be reversed on this ground.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 19th day of February, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE