IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| DANIEL JAMES STANFORD<br>Petitioner | *<br>*<br>* | CRIMINAL NO.: 12-CR-00146-08<br><br>JUDGE ELIZABETH FOOTE |
| Versus | | |
| UNITED STATES OF AMERICA<br>Respondent | | |

**O R D E R**

Considering the Motion to Unseal Drew T. Green's ECF 1293 with attached Exhibits and/or release a copy of ECF 1293 with attached Exhibits to Daniel James Stanford

IT IS HEREBY ORDERED THAT:

___x___ ECF 1293 and attached Exhibits be unsealed. The Court has confirmed the document is unsealed and available for public review.

_____ A copy of ECF 1293 be provided to Daniel James Stanford.

THUS DONE AND SIGNED, this __8th__ day of __December__, 202_0_.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE