UNITED STATES OF AMERICA

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-CR-00146-08** |
| | * | |
| **VERSUS** | * | **JUDGE FOOTE** |
| | * | |
| **DANIEL JAMES STANFORD (08)** | * | **MAGISTRATE JUDGE HANNA** |

## NOTICE OF APPEARANCE OF COUNSEL

NOW INTO COURT, by and through the undersigned Assistant United States Attorney, comes the United States of America, who respectfully requests that Cristina Walker, Assistant United States Attorney, be enrolled as counsel of record for the United States in this matter.

    Respectfully submitted,

    BRANDON B. BROWN
    United States Attorney

BY: *s/ Cristina Walker*

    CRISTINA WALKER (#8497)
    Assistant United States Attorney
    300 Fannin Street, Suite 3201
    Shreveport, LA 71101-3068
    (318) 676-3600

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Appearance of Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for defendant via the CM/ECF system as follows:

    Mr. Kyle Sherman
    BRANDT & SHERMAN
    111 Mercury Street
    Lafayette, LA 70503
    ks@brandtsherman.com

Lafayette, Louisiana, this the 26th day of May, 2022.

        Respectfully submitted,

        BRANDON B. BROWN
        United States Attorney

BY:  *s/ Cristina Walker*

        CRISTINA WALKER (#8497)
        Assistant United States Attorney
        300 Fannin Street, Suite 3201
        Shreveport, LA 71101-3068
        (318) 676-3600